UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE MASCARENHAS MADRUGA, ANDRE VINICIUS GONCALVES GOES, MARCIO PEIXOTO BITTENCOURT, MARIO ALBERTO RIVEIRA MEDINA, SABRINA DE MARIA GODINHO BATISTA, KLISCIA PENTEADO DA SILVA, VIVIANE BRAGA CAVALCANTI, and GABRIELA DE SOUZA GOMES, <br><br> Plaintiffs, <br><br> v. <br><br> ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, and CONNIE NOLAN, <br><br> Defendants. | Case No. 8:23-cv-02007-JWH-ADS <br><br> **ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST PLAINTIFFS' COUNSEL FOR FAILURE TO FILE A NOTICE OF COMPLIANCE PURSUANT TO THE COURT'S ORDER [ECF No. 30]** |

On April 16, 2024, the Court entered an Order granting the *ex parte* application of Defendants Alejandro Mayorkas, Ur Mendoza Jaddou, and Connie Nolan for an Order to continue the time to file an answer, motion, or otherwise respond to the complaint in the above-captioned action.[1] In that Order, the Court also directed counsel of record for Plaintiffs Alice Mascarenhas Madruga, Andre Vinicius Goncalves Goes, Marcio Peixoto Bittencourt, Mario Alberto Riveira Medina, Sabrina de Maria Godinho Batista, Kliscia Penteado da Silva, Viviane Braga Cavalcanti, and Gabriela De Souza Gomes—attorney Marcelo B. Gondim—to file no later than May 3, 2024, a Notice of Compliance with Court Order in which he was to provide a declaration, executed under penalty of perjury, that detailed his efforts to comply with this Court's Civility and Professionalism Guidelines, which are available at https://www.cacd.uscourts.gov/attorneys/admissions/civility-and-professionalismguidelines, including, in particular, Section B.2.[2]

As of today's date, Mr. Gondim has not filed a Notice of Compliance with Court Order. Accordingly, the Court hereby **ORDERS** as follows:

1. Mr. Gondim is **ORDERED to SHOW CAUSE** by May 24, 2024, why he should not be sanctioned in the amount of $500 for his failure to file a Notice of Compliance with Court Order pursuant to the Court's April 16 Order. The failure of Mr. Gondim to respond to this Order to Show Cause, or an unsatisfactory response, may result in the imposition of sanctions against him without further notice.

---

[1] Order re *Ex Parte* Appl. (the "April 16 Order") [ECF No. 30].

[2] *See id.*

2. A hearing on this Order to Show Cause is **SET** for June 7, 2024, at 11:00 a.m. in Courtroom 9D of the Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California.

**IT IS SO ORDERED.**

Dated: May 13, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE